IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Paula Sturgeon, : | |
| : | |
| Plaintiff, : | |
| : | Case Number: 1:10cv318 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Southern Ohio Medical Center, : | |
| : | |
| Defendant. : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that Defendant's Motion for Summary Judgment (doc. 12) is GRANTED.


11/23/11                                                            JAMES BONINI, CLERK


                                                                     S/William Miller
                                                                     Deputy Clerk